JS-6

o

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GILBERT ANTHONY ARNOLD,

Petitioner,

v.

ADELANTO ICE PROCESSING CENTER WARDEN,

Respondent.

Case No. 5:26-cv-02202-SVW-ACCV

**JUDGMENT**

Pursuant to the Order Dismissing the Petition, IT IS HEREBY ADJUDGED that the case is DISMISSED without prejudice.

DATED: September 28, 2026

HONORABLE STEPHEN V. WILSON
United States District Judge